No. 394. D'Antonio et al. v. United States. C. A. 7th Cir. Certiorari denied. *Melvin B. Lewis, Anna R. Lavin* and *Edward J. Calihan, Jr.,* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Robert S. Erdahl* and *Anthony P. Nugent, Jr.,* for the United States.

No. 397. Sea-Land Service, Inc., et al. v. National Labor Relations Board. C. A. 1st Cir. Certiorari denied. *Herbert Burstein* for petitioners. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 398. Navios Corp. et al. v. National Maritime Union of America et al. C. A. 3d Cir. Certiorari denied. *Earle K. Shawe, Wendell W. Lang, W. Charles Hogg, Jr.,* and *Samuel B. Fortenbaugh, Jr.,* for petitioners.

No. 410. Antilles Surveys, Inc. v. De Jongh, Commissioner, Department of Finance, et al. C. A. 3d Cir. Certiorari denied. *Warren H. Young* and *John D. Marsh* for petitioner. *Francisco Corneiro,* Attorney General of the Virgin Islands, and *David Kelso McConnell,* Assistant Attorney General, for respondents.

No. 411. Derritt v. State Board of Real Estate Examiners. Sup. Ct. Ohio. Certiorari denied. *John G. Pegg* and *John H. Bustamante* for petitioner. *William B. Saxbe,* Attorney General of Ohio, and *Gerald A. Donahue,* First Assistant Attorney General, for respondent.

No. 412. McFaddin Express, Inc., et al. v. Adley Corp. et al. C. A. 2d Cir. Certiorari denied. *Tobias Weiss* for petitioners. *Joseph P. Cooney* for respondents.